1

2

3

4

5

6

7

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY,**
**P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

8

9

10

11

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No.  1:15-cv-00505---SKO |
| Plaintiff, | **ORDER CONTINUING THE TELEPHONIC CASE MANAGEMENT CONFERENCE AND THE INITIAL SCHEDULING CONFERENCE** |
| v. | (Doc. 9) |
| JESUS ARAMBULA, | |
| Defendant. | |
| _____/ | |

19

20

21

22

**TO  THE  HONORABLE  SHEILA  K.  OBERTO,  THE  DEFENDANT,  AND  HIS**

**ATTORNEY/S OF RECORD:**

23

24

25

26

27

28

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Telephonic Case Management Conference and the Initial Scheduling Conference in this action, presently set for Tuesday, August 25, 2015 at 10:15 A.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendant Jesus Arambula.  A true and correct copy of the Proof of Service has been filed with this Honorable Court, as docket entry 8.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Telephonic Case Management Conference and the Initial Scheduling Conference presently scheduled for Tuesday, August 25, 2015 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: August 12, 2015        */s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By: Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.

ORDER

Based upon the above stipulation of the parties, and for good cause shown, is hereby ORDERED that

1.     The Telephonic Case Management Conference and the Initial Scheduling Conference is hereby continued from Tuesday, August 25, 2015, at 10:15 a.m. to **Tuesday, September 29, 2015, at 9:45 a.m.**; and

2.     Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **August 13, 2015**              **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE