# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:15-cv-00505---SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| v. | |
| JESUS ARAMBULA d/b/a Mariscos El Tapatio, | |
| Defendant. | |
| _____/ | |

Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed a complaint on April 1, 2015, against Defendant Jesus Arambula d/b/a Mariscos El Tapatio ("Defendant"). An executed summons was filed by Plaintiff on July 28, 2015, reflecting service by substituted service at Plaintiff's place of business. (Doc. 8 (served on "Veronica Figueroa").) Plaintiff requested the Clerk of Court to enter default against Defendant and the Clerk entered default against Defendant on September 11, 2015. (Docs. 12; 13.) On September 30, 2015, Plaintiff filed a motion for default judgment against Defendant, which is currently pending before the undersigned. (Doc. 15.)

The Court has reviewed the docket to determine whether service had been properly effectuated upon Defendant. It was unable to determine whether the proof of service reflecting

service attempts at Defendant's residence and substituted service at a location *different* from the business location identified in the Complaint was proper. The Court therefore ordered Plaintiff to file a declaration, by no later than October 9, 2015, reflecting that service was properly effectuated upon Defendant by substituted service at this alternate address. (Doc. 17.) Plaintiff has failed to comply with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. By no later than October 23, 2015, Plaintiff shall file a statement showing cause why this action should not be recommended for dismissal; and
2. If Plaintiff fails to file a statement by October 23, 2015, the Court will recommend that this action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: **October 13, 2015**           **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE

2